THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALPHONSE L. HARRISON, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.

Submitted November 10, 1947; decided November 21, 1947.

*Nathaniel L. Goldstein, Attorney-General (Herman N. Harcourt* of counsel), for motion to dismiss appeal.

*Alphonse L. Harrison,* in person, in opposition to motion to dismiss and for motion for leave to prosecute as a poor person.

Motion to dismiss appeal denied.

Motion to prosecute appeal as a poor person, etc., granted.